# EXHIBIT B

# BANK SEPAH INTERNATIONAL plc
5-7 Eastcheap, London EC3M 1JT, U.K.



## New routing instructions

## For payments to our US Dollar account from outside the United States, please ask your bank to;

For payments to our US Dollar account, please ask your bank to pay;
Bank:          Commerzbank New York (SWIFT: COBAUS3X)
Fvg:           Commerzbank Frankfurt (SWIFT BIC: COBADEFF)
Account No:    400874654700 USD

In addition your bank should also send a separate cover payment by MT 103 to;
Bank:          Commerzbank Frankfurt  (SWIFT BIC: COBADEFF)
Fvg:           Bank Sepah International plc (SWIFT BIC: SEPBGB2L)

for further credit to:
in favour of:      (Name of Beneficiary)
Account No:        (Account Number of Beneficiary in Iran or BSIP Account Number)
For onward transfer to Iran please mention the **Iranian Branch Name and Code** in any free format field.

**Please ensure that no mention is made of any recognisable Iranian entity in any message sent through the United States.**

### Charges (Effective 01 April 2004)
For payments in all currencies other than Iranian Rials
A flat rate of 0.20%;
Minimum Charge          US$  40.00
Maximum Charge          US$ 150.00

## For payments to our Euro Account

Please pay by SWIFT message type MT103 to;
Bank:              Commerzbank, Frankfurt, Germany (SWIFT BIC: COBADEFF)
for credit to:     Bank Sepah International plc (SWIFT BIC: SEPBGB2L)
Account No:        400874654700 EUR

for further credit to:
in favour of:      (Name of Beneficiary)
Account No:        (Account Number of Beneficiary in Iran or BSIP Account Number)
For onward transfer to Iran please mention the **Iranian Branch Name and Code** in any free format field.

### Charges (Effective 01 April 2004)
For payments in all currencies other than Iranian Rials
A flat rate of 0.20%;
Minimum Charge          EUR  40.00
Maximum Charge          EUR 150.00

## For payments to our Pounds Sterling (GBP) Account

    a.  *From outside the UK*
Please pay by SWIFT message type MT103 to;
Bank:           HSBC Bank plc, London International Branch, Poultry, London EC2
Swift BIC:      MIDLGB22
in favour of:   (Name of Beneficiary)
Account No:     (Account Number of Beneficiary in Iran or BSIP Account Number)
Sort Code:      40-62-42