# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| KATHALEEN FREEMAN, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-7359 |
| HSBC HOLDINGS PLC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 12/26/2018

/s/ William A. Friedman
*Attorney's signature*

William A. Friedman (WF8045)
*Printed name and bar number*

OSEN LLC
2 University Plaza, Suite 402
Hackensack, New Jersey 07601
*Address*

wfriedman@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*