# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Kathaleen Freeman, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-7359 |
| HSBC Holdings PLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 12/26/2018

/s/ Michael J. Radine
*Attorney's signature*

Michael J. Radine MR5649
*Printed name and bar number*
Osen LLC
2 University Plaza, Suite 402
Hackensack, NJ 07601

*Address*

mradine@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*