United States District Court

Eastern District of New York

NOTICE OF

RELATED CASE

The Civil Cover Sheet filed in civil action

<u>  18  </u> CV <u>  7439  </u>

1) Indicated that this case is related to the following case(s):

   18cv7359

   -OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ___ CR/CV_____