AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| KATHALEEN FREEMAN, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-7359 |
| HSBC HOLDINGS PLC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 01/03/2019

/s/ Aaron Schlanger
*Attorney's signature*

Aaron Schlanger
*Printed name and bar number*

OSEN LLC
2 University Plaza, Suite 402
Hackensack, N.J. 07601
*Address*

aschlanger@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*