# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| KATHALEEN FREEMAN, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-7359 (BMC) |
| HSBC HOLDINGS PLC, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 01/03/2019

/s/ Ari Ungar
*Attorney's signature*

Ari Ungar
*Printed name and bar number*

OSEN LLC
2 University Plaza, Suite 402
Hackensack, N.J. 07601

*Address*

aungar@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*