AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| KATHALEEN FREEMAN, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-7359 |
| HSBC HOLDINGS PLC, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 01/03/2019

/s/ Cindy T. Schlanger
*Attorney's signature*

Cindy T. Schlanger
*Printed name and bar number*

OSEN LLC
2 University Plaza, Suite 402
Hackensack, N.J. 07601

*Address*

cschlanger@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*