UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, ET AL., <br><br> Plaintiffs, <br><br> - against - <br><br> HSBC HOLDINGS PLC, ET AL., <br><br> Defendants. | Index No.: 18-cv-7359 (BMC) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Marc R. Cohen of Mayer Brown LLP hereby appears as counsel for HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC BANK MIDDLE EAST LIMITED, HSBC BANK USA, N.A. and Credit Suisse AG, defendants in the above-captioned action, and requests that all notices given or service made in connection with this action be given or made upon Marc R. Cohen as set forth below.

Dated: February 7, 2019

MAYER BROWN LLP

By: /s/ Marc R. Cohen
Marc R. Cohen (admitted Pro Hac Vice)

1999 K Street
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
Email: mcohen@mayerbrown.com

*Attorneys for Defendants*
*HSBC Holdings Plc, HSBC Bank Plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A. and Credit Suisse AG*