UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, ET AL., <br><br> Plaintiffs, <br><br> - against - <br><br> HSBC HOLDINGS PLC, ET AL., <br><br> Defendants. | Index No.:  18-cv-7359 (BMC) <br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mark G. Hanchet of Mayer Brown LLP hereby appears as counsel for HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC BANK MIDDLE EAST LIMITED, HSBC BANK USA, N.A. and CREDIT SUISSE AG, defendants in the above-captioned action, and requests that all notices given or service made in connection with this action be given or made upon Mark G. Hanchet as set forth below.

Dated: February 8, 2019

MAYER BROWN LLP

By: __/s/ Mark G. Hanchet__
Mark G. Hanchet

1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910
Email:  mhanchet@mayerbrown.com

*Attorneys for Defendants*
*HSBC Holdings Plc, HSBC Bank Plc, HSBC Bank Middle East Limited, HSBC Bank USA, N.A. and Credit Suisse AG*