AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| KATHALEEN FREEMAN, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  18-cv-7359 (BMC) |
| HSBC HOLDINGS PLC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Credit Suisse AG                                                                                                        .

Date:   02/08/2019                                                       /s/ Alex C. Lakatos
                                                                      *Attorney's signature*

                                                       Alex C. Lakatos (admitted Pro Hac Vice)
                                                          *Printed name and bar number*
                                                                   Mayer Brown LLP
                                                                    1999 K Street
                                                              Washington, D.C. 20006

                                                                        *Address*

                                                            alakatos@mayerbrown.com
                                                                   *E-mail address*

                                                                   (202) 236-3000
                                                                  *Telephone number*

                                                                   (202) 236-3300
                                                                     *FAX number*