UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE FREEMAN, ET AL.,<br><br>                 Plaintiffs,<br><br>- against -<br><br>HSBC HOLDINGS PLC, ET AL.,<br><br>                 Defendants. | Index No.: 18-cv-7359 (BMC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Robert W. Hamburg of Mayer Brown LLP hereby appears as counsel for HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC BANK MIDDLE EAST LIMITED, HSBC BANK USA, N.A. and CREDIT SUISSE AG, defendants in the above-captioned action, and requests that all notices given or service made in connection with this action be given or made upon Robert W. Hamburg as set forth below.

Dated: February 8, 2019

                                              MAYER BROWN LLP

                                              By:  /s/ Robert W. Hamburg
                                              Robert W. Hamburg

                                              1221 Avenue of the Americas
                                              New York, NY 10020
                                              Telephone:  (212) 506-2500
                                              Facsimile:  (212) 262-1910
                                              Email:  rhamburg@mayerbrown.com

                                              *Attorneys for Defendants*
                                              *HSBC Holdings Plc, HSBC Bank Plc, HSBC*
                                              *Bank Middle East Limited, HSBC Bank USA,*
                                              *N.A. and Credit Suisse AG*