UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHALEEN FREEMAN, et al.,

        Plaintiffs,

  -against-

HSBC HOLDINGS PLC, et al.,

        Defendants.

18 Civ. 7359 (BMC)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Jonathan I. Blackman of Cleary Gottlieb Steen & Hamilton LLP, admitted to practice in this Court, hereby enters an appearance as counsel for Defendant Commerzbank AG in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated: New York, New York
      February 8, 2019

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Jonathan I. Blackman_____

    Jonathan I. Blackman
    (jblackman@cgsh.com)
    One Liberty Plaza
    New York, New York 10006
    (212) 225-2000
    (212) 225-3999 (fax)

    Attorneys for Commerzbank AG