UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHALEEN FREEMAN, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　-against-<br><br>HSBC HOLDINGS PLC, et al.,<br><br>　　　　　　　Defendants. | 18 Civ. 7359 (BMC) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Mark E. McDonald of Cleary Gottlieb Steen & Hamilton LLP, admitted to practice in this Court, hereby enters an appearance as counsel for Defendant Commerzbank AG in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated: New York, New York
　　　　February 8, 2019

　　　　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP


　　　　　　　　　　　　　　　　　By: /s/ Mark E. McDonald_____

　　　　　　　　　　　　　　　　　　　Mark E. McDonald
　　　　　　　　　　　　　　　　　　　(memcdonald@cgsh.com)
　　　　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　　　　(212) 225-2000
　　　　　　　　　　　　　　　　　　　(212) 225-3999 (fax)

　　　　　　　　　　　　　　　　　　　Attorneys for Commerzbank AG