UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHALEEN FREEMAN, et al.,

Plaintiffs,

-against-

HSBC HOLDINGS PLC, et al.,

Defendants.

18 Civ. 7359 (BMC)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Rathna J. Ramamurthi of Cleary Gottlieb Steen & Hamilton LLP, admitted to practice in this Court, hereby enters an appearance as counsel for Defendant Commerzbank AG in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated:  New York, New York
        February 8, 2019

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:  /s/  Rathna J. Ramamurthi_____

        Rathna J. Ramamurthi
        (rramamurthi@cgsh.com)
        One Liberty Plaza
        New York, New York 10006
        (212) 225-2000
        (212) 225-3999 (fax)

        Attorneys for Commerzbank AG