AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Kathaleen Freeman, et al. )
*Plaintiff* )
v. )     Case No.    1:18-cv-07359-BMC
HSBC Holdings PLC, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barclays Bank PLC                                                                 .

Date:    February 11, 2019                                   /s/ Jeffrey T. Scott
                                                          *Attorney's signature*

                                              Jeffrey T. Scott 2890374
                                              *Printed name and bar number*

                                              Sullivan & Cromwell LLP
                                              125 Broad Street
                                              New York, New York  10004-2498

                                              *Address*

                                              scottj@sullcrom.com
                                              *E-mail address*

                                              (212) 558-4000
                                              *Telephone number*

                                              (212) 558-3588
                                              *FAX number*