AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Kathaleen Freeman, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:18-cv-07359-BMC |
| HSBC Holdings PLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barclays Bank PLC                                                                                                                .

Date:   February 11, 2019

/s/ James C. Manning
*Attorney's signature*

James C. Manning 5342480
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004-2498
*Address*

manningj@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*