UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>HSBC HOLDINGS PLC, *et al.*,<br><br>Defendants. | 18 cv 7359 (BMC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, ROBERT G. HOUCK, of the law firm CLIFFORD CHANCE US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant The Royal Bank of Scotland, N.V., n/k/a NatWest Markets, N.V., in the above-captioned matter.

Dated: New York, New York
February 14, 2019

CLIFFORD CHANCE US LLP

By: S/ Robert G. Houck
        Robert G. Houck

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8000 (phone)
(212) 878-8375 (fax)
robert.houck@cliffordchance.com