UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KATHALEEN FREEMAN, et al.,                              :
                                                        :   **REQUEST FOR CERTIFICATE**
        Plaintiffs,                                     :   **OF DEFAULT**
                                                        :
-against-                                               :   **Case No. 18-cv-7359 (DLI)(CLP)**
                                                        :
HSBC HOLDINGS PLC, et al.,                              :
                                                        :
        Defendants.                                     :
-----------------------------------------------------------------x

TO:   DOUGLAS C. PALMER
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant Bank Saderat PLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Aaron Schlanger.

Dated: March 5, 2019

                                          **OSEN LLC**

                        By:   /s/ Aaron Schlanger
                              Aaron Schlanger
                              2 University Plaza, Suite 402
                              Hackensack, New Jersey 07601
                              Telephone: (201) 265-6400
                              Fax: (201) 265-0303

                              Attorneys for Plaintiffs