UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHALEEN FREEMAN, *et al.*, Plaintiffs, -against- HSBC HOLDINGS PLC, *et al.*, Defendants. | **Case No. 18-cv-7359 (DLI)(CLP)** |

**AFFIRMATION OF AARON SCHLANGER IN SUPPORT OF ENTRY OF DEFAULT**

I, Aaron Schlanger, hereby declare as follows:

1. I am an attorney at the law firm of Osen LLC, counsel for Plaintiffs in the above-captioned action.

2. This action was commenced pursuant to 18 U.S.C. § 2333 of the Anti-Terrorism Act, by the filing of a complaint on December 26, 2018, ECF No. 1 ("Complaint").

3. The time for defendant Bank Saderat PLC to answer or otherwise move with respect to the Complaint has expired.

4. Bank Saderat PLC has not appeared in this action.

5. On December 26, 2018, the date the instant action was filed, my colleague William Friedman wrote Jeremy Frey, Bank Saderat PLC's counsel of record in the related case *Freeman, et al. v. HSBC Holdings PLC, et al.*, 14-cv-6601 (DLI)(CLP) (E.D.N.Y.), to see if Mr. Frey's law firm would accept service on Bank Saderat PLC's behalf. *See* Exhibit 1.

6. Plaintiffs' counsel received no response.

7. On January 2, 2019, Mr. Friedman wrote Mr. Frey again to see if his law firm would accept service on Bank Saderat PLC's behalf, *see* Exhibit 2, but again received no response.

8. On January 18, 2019, Plaintiffs served Bank Saderat PLC directly with a copy of the Complaint and Summons in a Civil Case. *See* ECF No. 26.

9. On February 10, 2019, I wrote Mr. Frey to inform him of the February 11, 2019 court conference before Judge Cogan (to whom the instant case had been previously assigned). *See* Exhibit 3 at 2.

10. That same day, Mr. Frey responded, asking me if Bank Saderat PLC had been served. *See id.* at 1.

11. Also on that day, I (in two replies to Mr. Frey's email) informed Mr. Frey that Plaintiffs had served Bank Saderat PLC on January 18, 2019, *id.*, and noted that Mr. Friedman had contacted Mr. Frey twice about accepting service on Bank Saderat PLC's behalf, but that Mr. Frey had not responded. *See* Exhibit 4.

12. Mr. Frey did not respond to my two reply e-mails.

13. On February 28, 2019, I wrote Mr. Frey once again to inform him that: (a) the instant action had been reassigned to Chief Judge Irizarry; and (b) Plaintiffs' counsel would assume that Bank Saderat PLC had elected to default in the instant action if Mr. Frey did not inform Plaintiffs' counsel to the contrary by the close of business on March 4, 2019. *See* Exhibit 5.

14. Since February 10, 2019, Mr. Frey has not contacted Plaintiffs' counsel, and no other counsel have appeared on Bank Saderat PLC's behalf.

WHEREFORE, Plaintiffs request that the default of defendant Bank Saderat PLC be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: March 5, 2019

**OSEN LLC**

By: /s/ Aaron Schlanger

Aaron Schlanger
2 University Plaza, Suite 402
Hackensack, New Jersey 07601
Telephone: (201) 265-6400
Fax: (201) 265-0303

Attorneys for Plaintiffs