UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHALEEN FREEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　-against-<br><br>HSBC HOLDINGS PLC, et al.,<br><br>　　　　　Defendants. | 18 Civ. 7359 (DLI) |

**DEFENDANT COMMERZBANK AG'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

　　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant Commerzbank AG ("Commerzbank"), by and through its undersigned counsel, certifies as follows:

　　　　　Commerzbank is a publicly traded company organized under the laws of Germany and has no parent corporation. The government of the Federal Republic of Germany, through its SoFFin (Sonderfonds Finanzmarktstabilisierung) agency, indirectly owns above 15% of Commerzbank.

Dated: New York, New York
       March 11, 2019

                         CLEARY GOTTLIEB STEEN & HAMILTON LLP

                         By: _____

                              Jonathan I. Blackman
                              (jblackman@cgsh.com)
                              One Liberty Plaza
                              New York, New York 10006
                              (212) 225-2000
                              (212) 225-3999 (fax)

                              Attorneys for Commerzbank AG