UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHALEEN FREEMAN, ET AL.,<br><br>Plaintiffs,<br><br>-v.-<br><br>HSBC HOLDINGS PLC, ET AL.,<br><br>Defendants. | No. 1:18-cv-07359-DLI-CLP |

**RULE 7.1 DISCLOSURE STATEMENT FOR
<u>DEFENDANT BARCLAYS BANK PLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Barclays Bank PLC, by and through its undersigned counsel, discloses that it is a wholly-owned subsidiary of Barclays PLC, which is a publicly held company, and no other publicly traded company owns 10% or more of Barclays Bank PLC's stock.

Dated:   New York, New York
         March 12, 2019

Respectfully submitted,

 /s/ *Michael T. Tomaino, Jr.*
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
James C. Manning (manningj@sullcrom.com)
SULLIVAN & CROMWELL LLP
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
125 Broad Street
New York, NY  10004

*Attorneys for Barclays Bank PLC*