UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHALEEN FREEMAN, *et al.*,

    Plaintiffs,

-v.-

HSBC HOLDINGS PLC, *et al.*,

    Defendants.

No. 1:18-CV-07359-DLI-CLP

**RULE 7.1 DISCLOSURE STATEMENT FOR
DEFENDANT STANDARD CHARTERED BANK**

    Pursuant to Federal Rule of Civil Procedure 7.1, Standard Chartered Bank, by and through its undersigned counsel, discloses that it is a subsidiary of Standard Chartered Holdings Limited, which, in turn, operates as a subsidiary of Standard Chartered PLC, a publicly held company. No publicly held corporation owns 10% or more of Standard Chartered PLC's shares.

Dated: New York, New York
       March 12, 2019

    Respectfully submitted,

    */s/ Sharon L. Nelles*
    Sharon L. Nelles (nelless@sullcrom.com)
    Bradley P. Smith (smithbr@sullcrom.com)
    SULLIVAN & CROMWELL LLP
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588
    125 Broad Street
    New York, NY 10004

    *Attorneys for Standard Chartered Bank*