UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KATHALEEN FREEMAN, et al.,                                  18-cv-7359 (DLI)(CLP)

                                                                            **CERTIFICATE OF DEFAULT**

                    Plaintiffs,

-     against –

HSBC HOLDINGS PLC, et al.,

                    Defendants.
-----------------------------------------------------------X

      I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant Bank Saderat PLC has not filed any answer or otherwise moved with respect to the Complaint herein. The default of defendant Bank Saderat PLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       March 14, 2019

                                                DOUGLAS C. PALMER, Clerk of the Court
                                  By: _____*/s/Jalitza Poveda*_____
                                                   Deputy Clerk