UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHALEEN FREEMAN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HSBC HOLDINGS PLC, et al.,<br><br>　　　　　　Defendants. | Case No. 18-cv-7359 (DLI)(CLP) |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE OF CREDIT SUISSE AG

Pursuant to Fed. R. Civ. P. 7.1, Defendant Credit Suisse AG states that Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares. No publicly held company owns more than 10% of Credit Suisse Group AG.

Dated:  April 16, 2019

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MAYER BROWN LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Alex C. Lakatos
　　　　　　　　　　　　　　　　　　　　　Marc R. Cohen (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Alex C. Lakatos (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Mark G. Hanchet
　　　　　　　　　　　　　　　　　　　　　Robert William Hamburg
　　　　　　　　　　　　　　　　　　　　　1999 K Street N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20006
　　　　　　　　　　　　　　　　　　　　　Tel.:  (202) 263-3206
　　　　　　　　　　　　　　　　　　　　　mcohen@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　　alakatos@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　　mhanchet@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　　rhamburg@mayerbrown.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Credit Suisse AG*