AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Kathaleen Freeman, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-07359-PKC-CLP |
| HSBC Holdings PLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Standard Chartered Bank.

Date: 05/30/2019

/s/ Andrew J. Finn
*Attorney's signature*

Andrew J. Finn
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
*Address*

finna@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*