# EXHIBIT B

# BANK SEPAH INTERNATIONAL plc
5-7 Eastcheap, London EC3M 1JT, U.K.



## New routing instructions

## For payments to our US Dollar account from outside the United States, please ask your bank to;

**For payments to our US Dollar account, please ask your bank to pay;**
Bank:        Commerzbank New York (SWIFT: COBAUS3X)
Fvg:         Commerzbank Frankfurt (SWIFT BIC: COBADEFF)
Account No:  400874654700 USD

**In addition your bank should also send a separate cover payment by MT 103 to;**
Bank:        Commerzbank Frankfurt (SWIFT BIC: COBADEFF)
Fvg:         Bank Sepah International plc (SWIFT BIC: SEPBGB2L)

**for further credit to:**
in favour of:     (Name of Beneficiary)
Account No:       (Account Number of Beneficiary in Iran or BSIP Account Number)
For onward transfer to Iran please mention the **Iranian Branch Name and Code** in any free format field.

**Please ensure that no mention is made of any recognisable Iranian entity in any message sent through the United States.**

**Charges (Effective 01 April 2004)**
For payments in all currencies other than Iranian Rials
A flat rate of 0.20%;
Minimum Charge        US$  40.00
Maximum Charge        US$ 150.00

## For payments to our Euro Account

Please pay by SWIFT message type MT103 to;
Bank:            Commerzbank, Frankfurt, Germany (SWIFT BIC: COBADEFF)
for credit to:   Bank Sepah International plc (SWIFT BIC: SEPBGB2L)
Account No:      400874654700 EUR

**for further credit to:**
in favour of:     (Name of Beneficiary)
Account No:       (Account Number of Beneficiary in Iran or BSIP Account Number)
For onward transfer to Iran please mention the **Iranian Branch Name and Code** in any free format field.

**Charges (Effective 01 April 2004)**
For payments in all currencies other than Iranian Rials
A flat rate of 0.20%;
Minimum Charge        EUR  40.00
Maximum Charge        EUR 150.00

## For payments to our Pounds Sterling (GBP) Account

a. **From outside the UK**
Please pay by SWIFT message type MT103 to;
Bank:          HSBC Bank plc, London International Branch, Poultry, London EC2
Swift BIC:     MIDLGB22
in favour of:  (Name of Beneficiary)
Account No:    (Account Number of Beneficiary in Iran or BSIP Account Number)
Sort Code:     40-62-42