UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

KATHALEEN FREEMAN, et al.,

        Plaintiffs,

v.

HSBC HOLDINGS PLC, et al.,

        Defendants.

18-CV-07359-PKC-CLP

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that because I, Alyssa Anne Hill, am leaving my current litigation position at Sullivan & Cromwell LLP, effective February 3, 2020, I hereby request the withdrawal of my appearance on behalf of Defendant Standard Charted Bank. Sharon L. Nelles, Andrew Finn, and Bradley P. Smith of Sullivan & Cromwell LLP remain as attorneys of record for Standard Chartered Bank.

PLEASE TAKE FURTHER NOTICE that I hereby request to be removed from all service lists for these proceedings.

Dated: New York, New York
       January 24, 2020

Respectfully submitted,

/s/ Alyssa A. Hill
Alyssa A. Hill
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
hilla@sullcrom.com