**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601           1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400   F. 201.265.0303                                                                                  T.212.354.0111

January 13, 2021

**VIA ECF**

Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:**  *Freeman, et al. v. HSBC Holdings plc, et al.*, **18-cv-7359 (PKC)(CLP)**
       *Bowman, et al. v. HSBC Holdings plc, et al.*, **19-cv-2146 (PKC)(CLP)**

      **Request for Status Conference**

Dear Judge Chen:

  We write on Plaintiffs' behalf in the above-referenced actions to respectfully request a telephonic status conference at the Court's convenience to discuss the Court's January 7, 2021, Orders (*Freeman* ECF No. 90; *Bowman* ECF No. 56) and specifically the framework and schedule for the "brief outlining their damages demand" due on March 8, 2021.

            Respectfully submitted,

            /s/ Gary M. Osen

cc:  All counsel (via ECF)