# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
|---|---|---|---|
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU

ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS

LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
RESIDENT COUNSEL

D: +1 212 225 2333
memcdonald@cgsh.com

February 2, 2023

**VIA ECF**

Honorable Pamela K. Chen
United States District Judge,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Freeman, et al.* v. *HSBC Holdings plc, et al.*, 14-cv-6601 ("*Freeman I*")
> *Freeman, et al.* v. *HSBC Holdings plc, et al.*, 18-cv-7359 ("*Freeman II*")
> *Bowman, et al.* v. *HSBC Holdings plc, et al.*, 19-cv-2146 ("*Bowman*")

Dear Judge Chen:

The Moving Defendants[1] respectfully write in response to plaintiffs' January 19, 2023 Letter, *Freeman II* ECF No. 106, regarding the Second Circuit's January 5, 2023 decision affirming the dismissal of plaintiffs' claims against the Moving Defendants in *Freeman I*, No. 19-3970, 2023 WL 105568 (2d Cir. Jan. 5, 2023).

Plaintiffs' letter suggests a number of potential approaches in the above-referenced cases, including anticipated motions seeking leave to amend the complaints in all three actions. There are significant issues raised by all three anticipated motions, including the final judgment already in place in *Freeman I* and plaintiffs' pending petition for rehearing *en banc* of the Second Circuit's *Freeman I* decision.

The Moving Defendants do agree with plaintiffs' suggestion that Your Honor might continue staying these cases pending the United States Supreme Court's forthcoming decision in *Twitter v. Taamneh*, No. 21-1496. The *Twitter* case will be the first time the Supreme Court

---

[1] The Moving Defendants are HSBC Holdings plc; HSBC Bank plc; HSBC Bank Middle East Limited; HSBC Bank USA, N.A.; Barclays Bank PLC; Standard Chartered Bank; Royal Bank of Scotland N.V. (f/k/a ABN AMRO Bank N.V.); Credit Suisse AG; and Commerzbank AG.

Hon. Pamela K. Chen, p. 2

addresses the pleading standards for JASTA aiding and abetting claims, and thus may impact any request by Plaintiffs to amend their dismissed claims for aiding and abetting in *Freeman II* and *Bowman* (the final judgment affirmed in *Freeman I* having foreclosed any further proceedings in that case absent, as plaintiffs acknowledge, relief under Rules 59(e) or 60(b)). The Moving Defendants therefore respectfully submit that it will save expense and promote judicial economy to defer any future motion practice in the above-referenced cases until *Twitter* is decided, which will occur by the end of the current Term in June.

Accordingly, the Moving Defendants respectfully request that the current stays in *Freeman II* and *Bowman* be continued and any motion practice in *Freeman I* be deferred during the time that the *Twitter* case is pending before the United States Supreme Court. Plaintiffs have advised us that they agree to such a stay, and intend to ask the Court for a status conference to discuss how best to proceed during the pendency of the stay. The Moving Defendants will respond to plaintiffs' request for a status conference after they receive it and review it.

Respectfully Submitted,

Mark E. McDonald

cc: All Counsel of Record (via ECF)